UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1   LATANYA NORTH, formerly known as LATANYA WILLIAMS,

    Defendant.
_____/

Case No. 19-mc-51674

Hon. Robert H. Cleland

### ORDER DISMISSING PETITION FOR ORDER TO SHOW CAUSE

Leave of the Court is granted for the reasons stated in the government's Motion to Dismiss the Petition for Order to Show Cause against Defendant LATANYA NORTH (formerly known as LATANYA WILLIAMS).

Accordingly, IT IS HEREBY ORDERED that the Petition for Order to Show Cause against the Defendant be dismissed with prejudice and that Defendant's appearance bond be canceled.

                                          s/Robert H. Cleland
                                          Hon. Robert H. Cleland
                                          United States District Judge

Entered: January 5, 2021